**REISSUED FOR PUBLICATION**
**JUNE 12, 2018**
**OSM**
**U.S. COURT OF FEDERAL CLAIMS**

In the United States Court of Federal Claims
OFFICE OF SPECIAL MASTERS
No. 17-1835V
(not to be published)

FILED
MAY 16 2018
U.S. COURT OF FEDERAL CLAIMS

* * * * * * * * * * * * * * * * * * * * * * * * * *
JUDITH ANNTOINETTE BURGER,           *   May 16, 2018
                                     *
                                     *
         Petitioner,                 *   Rule 21(a); No Judgment; Order
                                     *   Concluding Proceedings.
    v.                               *
                                     *
SECRETARY OF HEALTH AND              *
HUMAN SERVICES,                      *
                                     *
         Respondent.                 *
* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER CONCLUDING PROCEEDINGS

On May 15, 2018, pursuant to Vaccine Rule 21(a)(1), Petitioner filed a motion to voluntarily dismiss stating that the above-captioned case should be dismissed. ECF No. 15.

Accordingly, pursuant to Vaccine Rule 21(a)(3), the above-captioned case is hereby **dismissed without prejudice**. The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

**IT IS SO ORDERED.**

Katherine E. Oler
Special Master